UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY LASH, | ) |
| | ) |
| Movant, | ) |
| | ) |
| Vs | ) No. 4:13CR98   HEA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Movant's Motion to Reduce Sentence Under Amendment 782 and 788 and 18 U.S.C. §3553 (a), [Doc. No. 223], which was filed on September 13, 2017.   On October 6, 2017, counsel for Movant filed a Notice Regarding Motion for Retroactive Application of Amendment 782 United States Sentencing Guidelines, [Doc. No. 227]. No further documents have been filed.

In his motion, defendant asks the Court to order a reduction of his sentence. A review of the record plainly indicates the record is devoid of any suggestion or hint of eligibility of Movant for a reduced sentence. The contrary is punctuated by the record. The guideline range applied to the Movant was determined based upon his Career Offender status and not drug quantity.

Accordingly,

**IT IS HEREBY ORDERED** that Movant's Motion to Reduce Sentence Under Amendment 782 and 788 and 18 U.S.C. §3553 (a), [Doc. No. 223], is **Denied.**

Dated this 1st day of November, 2017.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE